AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HO MYUNG MOOLSAN CO., LTD.,
and HYUN-SONG KANG

**SUMMONS IN A CIVIL ACTION**

V.

MANITOU MINERAL WATER, INC.,
RAPHAEL DRUG AND HEALTH CO.
O-Yoon Kwon, Nam-in Jhon, Hanmi Home
Shopping Co., New Jersey Flea Market News,
New York Flea Market News, a/k/a www.findallusa.com
John Does 1 to 10, Janes Does 1 -10,
ABC Companies 1 to 100,

defendants

CASE NUMBER:

**'07 CIV 7483**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

the above-named defendants:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. Kimm, Esq.
190 Moore Street, Suite 272
Hackensack, NJ 07601

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   AUG 2 3 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 8/29/07 @ 1:40 PM/MDT |
| NAME OF SERVER *(PRINT)* DENNIS SEILHEIMER | TITLE | G.M THE CARLSON CO LLC |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MANITOU MINERAL WATER CO INC. / SIMON JHON MANITOU SPRINGS, CO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/07
            Date

Signature of Server

1395 CARLSON DR, CO SPRINGS, CO 80919
Address of Server

THE CARLSON COMPANY LLC
6660 DELMONICO DR STE 425
COLORADO SPRINGS CO  80919-1899
866-889-3410

ART WILSON
Notary Public
State of Colorado

My Commission expires 12/18/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.