AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HO MYUNG MOOLSAN CO., LTD., and
HYUN-SONG KANG,     Plaintiffs,

-against-

MANITOU MINERAL WATER, INC., RAPHAEL
DRUG AND HEALTH CO., O-YOON KWON,
NAM-IN JHON, HANMI HOME SHOPPING
COMPANY, NEW JERSEY FLEA MARKET
NEWS, NEW YORK FLEA MARKET NEWS,
a/k/a WWW.FINDALLUSA.COM, JOHN
DOES 1 THROUGH 10 AND JANE DOES
1 THROUGH 10 and ABC COMPANIES
1 THROUGH 100,     Defendants.

**APPEARANCE**

Case Number:   07 CIV 7483

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the Defendants.

I certify that I am admitted to practice in this court.

September 11, 2007
Date

Signature

Andrew A. Kimler                    AK 9861
Print Name                          Bar Number

Capell Vishnick LLP, 3000 Marcus Avenue, Suite 1E9
Address

Lake Success, New York 11042
City          State          Zip Code

(516) 437-4385                      (516) 437-4395
Phone Number                        Fax Number

Ntce of Appearance.max