UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ho Myung Moolsan Co., Ltd. and Hyun Song- Kang<br>**Plaintiff**<br><br>-v-<br><br>Manitou Mineral Water, Inc., et. al.<br><br>**Defendant** | Case No.   07 CIV 7483<br><br>**Rule 7.1 Statement** |

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Defendants_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

   NONE.

Date: September 11, 2007

_____
Signature of Attorney

Attorney Bar Code: aaK9861

Form Rule7_1.pdf

Rule 7.1.max