| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 03:49 PM at

33-70 PRINCE STREET, SUITE 704
FLUSHING, NY11354

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on NEW YORK FLEA MARKET NEWS ALSO KNOWN AS WWW.FINDALLUSA.COM, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JOHN DOE, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BROWN | 30 | 5'9 | 175 |

Sworn to me on: August 31, 2007

| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **CURTIS WARREN**<br>License #: 870667<br>Docket #: 501845 |