HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG

Plaintiff(s)

- against -

MANITOU MINERAL WATER, INC., ETAL

Defendant(s)

Index #: 07 CIV 7483 (HOLWELL

Purchased: August 23, 2007
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 03:49 PM at

33-70 PRINCE STREET, SUITE 704
FLUSHING, NY11354

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on NEW JERSEY FLEA MARKET NEWS, ALSO KNOWN AS WWW.FINDALLUSA.COM, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JOHN DOE, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BROWN | 30 | 5'9 | 175 |

Sworn to me on:  August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CURTIS WARREN**
License #: 870667
Docket #: 501846