| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 02:32 PM at

1257 BROADWAY
NEW YORK, NY 10001

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on O-YOON KWON, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | GREY | 50 | 5'7 | 150 |

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: August 31, 2007

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **BYRAN E. MCELDERRY**<br>License #: 869802<br>Docket #: 466378 |