| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG | Index #: 07 CIV 7483 (HOLWELL |
| Plaintiff(s) | Purchased: August 23, 2007 |
| - against - | Date Filed: |
| MANITOU MINERAL WATER, INC., ETAL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 02:32 PM at

1257 BROADWAY
NEW YORK, NY10001

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on RAPHAEL DRUG AND HEALTH CO., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. O-YOON KWON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | GREY | 50 | 5'7 | 150 |

Sworn to me on: August 31, 2007

| Linda Forman | Robin M. Forman | Larry Yee | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 501843 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |