# EXHIBIT A

Case 1:07-cv-07483-RJH-HBP    Document 17-3    Filed 10/02/2007    Page 1 of 4

**SOOK B. HAHM**
**Korean Language Interpretation & Translation Service**
50 W 34th St. #14A14, New York, NY 10001
Tel: 212-736-4896   Fax: 212-967-0649   E-mail: bshahm@aol.com

# AFFIDAVIT OF TRANSLATIONS

**STATE OF NEW YORK**          )
                               )   ss.:
**COUNTY OF NEW YORK**         )

I, Sook Hahm, being duly sworn, hereby deposes and says:

1. The accompanying document is a translation into English of a document written in foreign language, i.e. Korean.

2. Deponent is ably qualified to make such translation of said document from Korean into English by virtue of the following qualifications: I am native speaker of the Korean language; and I studied English in Korea continuously from Ewha Womans University in Seoul, Korea, and am a court-certified interpreter for New York State Courts and Federal Courts.

3. Deponent's translation is made pursuant to CPLR 2101(b) and is a true and accurate and complete translation of said document to the best of my knowledge, ability and belief.

Sworn to before me this
21ST day of SEPTEMBER, 2007

_____
Sook B. Hahm
Certified Court Interpreter

_____
Notary Public

**JONG DAE HONG**
Notary Public, State of New York
No. 01HO5017418
Qualified in Queens County
Commission Expires September 7, 2009

Contract

For the purpose of smooth sales of Menitou Springs Mineral Water, following items are agreed under the contract between Menitou Springs Mineral Water's President Kwon Oh Yoon ('A') and Ho Myung Moon San Corporation's President, Kim Jung Hee ('B').

Menitou Mineral water

1) 'A' appoints its designated sales right of Menitou Springs Mineral Water to 'B'
2) Global sales right will be discussed 6 months from now. However, there is no amount of price change.
3) As a condition for sales right transfer, 'B' paid 'A' in amount of five hundred thousand dollars (US $ 500,000.), and advance payment of one million dollar (US $1,000,000) was made for the Mineral Water inventory.
4) 'B' will have contract period of 5 years. After 1 year from the business commencement, orders for one million dollar or more must be placed, each year. As a general rule, inventory payment of Menitou Mineral Water will be paid in advance.
5) 'B' will need to place its orders, in writing, normally 3 months in advance. Ex-factory price is determined at US $1 per 1L bottle.
6) In order to increase revenue and smooth sales of Mineral Water, 'B' will establish and operate a corporate office in New York.
7) This contract goes in effect when 'B' makes the balance payment. If 'B' request, 'A' will provkde all information pertaining Mineral Water to fully support and cooperate for smooth sale and revenue.
8) Any item not listed will follow general business practices. Two copies of this contract will dated, signed and safely kept them for future reference.

December 1, 2005

| | |
|---|---|
| 1257 Bway, NY. NY. 10001 USA | 654-85, Deungchon-dong, Gangseo-ku, Seoul |
| Menitou Mineral Water INC. | Ho Myung Mool San Corporation |
| President<br>Kwon Oh Yoon [Signed] | President<br>Kim Jung Hee [Signed] |

# 계 약 서

매니토우 미네랄 워터 대표 권오윤(갑)과 ㈜호명물산 대표 김정화(을)간에 매니토우 스프링스 미네랄 워터의 원활한 판매를 위하여 다음 사항을 합의 계약함.

Menitou Mineral water

1) 갑은 을에게 매니토우 스프링스 미네랄 워터의 지점 판매권을 부여한다.
2) 세계 판매권은 향후 6개월 뒤에 협의 하되 금액변동은 없기로 한다.
3) 판매권 이양 조건으로 을은 갑에게 금 50만불( US $ 500,000 )을 지급했고, 미네랄 워터 대금 일백만 불 ( US $ 1,000,000 )을 선 지불 하였다.
4) 을의 계약기간은 5년으로 하고 사업개시 1년 뒤로부터 매년 일백만 불 이상을 주문 발주 하여야 하고 매니토우 미네랄 워터의 물품대는 선금을 원칙으로 한다.
5) 을은 물량 주문 시 통상 3개월 전에 문서로 주문 발주하여야 하며 출고 가격은 1L 한 병 당 US $ 1 로 정한다.
6) 을은 미네랄 워터의 원활한 판매와 매출 증대를 위하여 뉴욕에 법인 사무실을 두고 운영토록 한다.
7) 을은 잔금 지불 시 본 계약의 효력이 발생하며 갑은 원활한 판매와 매출을 위하여 을의 요청 시 미네랄 워터에 관한 모든 자료를 제공하고 적극 협력한다.
8) 명문화 되지 아니한 제반사항은 일반상거래에 따르며 후 일을 증 하여 본 계약서를 2부 작성하여 서명 날인하여 보관한다.

2005 년 12월 1일

1257 Bway, NY, N.Y. 10001 USA          서울 강서구 등촌동 654-85번지

**Manitou Mineral Water INC.**          ㈜ 호명 물산
**President**                            **President**
권오윤                                    김 정 화