# EXHIBIT D

## MEMORANDUM OF ABANDONMENT

Name: Ji, Young Gil

Above myself abandons a wholesaler contract which agreed with O Yoon Kwon, a president of Manitou Springs Mineral Water, Inc. on April 19, 2005.

November 25, 2005

Above Ji, Young Gil /s/

To: President, Kwon O Yoon
    Manitou Springs Mineral Water, Inc.

# 포기 각서

성명 : 지영길

상기 본인은 2005년 4월 19일자로

맺은 매드우 스프링스 래들 권오윤과

체결한 충전 계약을 포기함.

2005년 11월 21일

이 지영길 (서명)

매드우 스프링스 미대한 위해
래들 권오윤 貴下.