# EXHIBIT  E

Case 1:07-cv-07483-RJH-HBP    Document 17-7    Filed 10/02/2007    Page 1 of 2

Case 1:07-cv-07483-RJH-HBP    Document 17-7    Filed 10/02/2007    Page 2 of 2

## Mineral Water 주문 및 인수현황

2007. 5. 30 현재

| No. | 주문일 | 주문량 | Shipping Date | (1 Liter) Number of products | Total | 비고 |
|---|---|---|---|---|---|---|
| 1 | 06.02.01 | 1con. | 06.05.15 | 9,240 | 9,240 | |
| 2 | 07.22 | 1con. | 08.22 | 16,632 | 25,872 | |
| 3 | 08.26 | 1con. | 09.15 | 16,632 | 42,504 | |
| 4 | | | 10.30 | 16,632 | 59,136 | New Jersey |
| 5 | 11.09 | 6con. | 11.27 | 16,632 | 75,768 | |
| 6 | | | 12.08 | 16,632 | 92,400 | |
| 7 | | | 07.01.03 | 15,048 | 107,448 | |
| 8 | | | 01.25 | 16,632 | 124,080 | |
| 9 | | | 01.25 | 16,632 | 140,712 | |
| 10 | | | 02.01 | 16,632 | 157,344 | |
| 11 | 12.26 | 2con. | 02.13 | 16,632 | 173,976 | |
| 12 | | | 02.22 | 16,632 | 190,608 | |
| 13 | 12.29 | 1con. | 01.10 | 16,632 | 207,240 | LA |
| 14 | 07.01.02 | 1con. | 01.03 | 16,632 | | New Jersey(Old Label) |
| 15 | | 1con. | 02.22 | 16,632 | 223,872 | |
| 16 | 01.09 | 2con. | 03.08 | 33,264 | 257,136 | |
| 17 | 01.16 | 2con. | 03.22 | 16,632 | 273,768 | |
| 18 | | | 04.02 | 16,632 | 290,400 | |
| 19 | 01.23 | 2con. | 04.02 | 16,632 | 307,032 | |
| 20 | | | | | | 미입고 |
| 21 | 01.30 | 2con. | | | | 미입고 |
| 22 | 02.06 | 2con. | | | | 미입고 |
| 23 | 02.13 | 2con. | | | | 미입고 |
| 24 | 03.06 | 1con. | | | | 미입고 |

호명이입고량(판매어녀기준) : 8container(1/23일 2con 中 1con포함)

㈜ 호 명 물 산