# EXHIBIT F

Request of Cooperation

Hwajin Cosmetics Building 654-85 Dungchon-dong, Kangseo-gu, Seoul
T. 02)3665-8101   F. 02) 3665-8104

---

Document No. : Ho Myung05-30
Date: May 30, 2007
To: Manitou Springs Mineral Water, Inc.
Re: Dr. Jhon
Subject: Status of order and delivery and request photo of 0.5liter producing machine

---

1. I hope your company's growth.
2. I attach an order and delivery status and I will reorder when you will ship the product which is totaled 8 containers ( included 1 container of 2 containers on January 23, 2007 order).
3. I want to use a 0.5liter water bottle for marketing source; send a photo of 0.5 liter producing system machine now made.
4. Ho Myung E-mail: hwhomyung@yahoo.co.kr

Attach: Mineral water order and delivery status.

Ho Myung Mulsan, Inc.  CEO, Kim Jung Hee/s?

# 협 조 문

서울특별시 강서구 등촌동 654-85 번지 화진코스메틱B/D
TEL. (02)3665-8101 /// FAX. (02)3665-8104

문서번호 : 호명05-30
수   신 : MANITOU SPRINGS MINERAL WATER INC.
참   조 : 전남인 박사
제   목 : 주문대비 인수현황 및 0.5 리터 생산기계 사진요청

2007. 5. 30

1. 귀사의 무궁한 발전을 기원합니다.

2. 일자별 주문 및 인수현황을 별첨과 같이 송부하오니 참조하시고 업무의 효율성을 위해 미입고분(주문서 07. 1월23일자 2con 中 1con 포함 8con) 주문량이 도착되는 즉시 주문 하겠습니다.

3. 0.5 리터 물병 출시에 대한 마케팅 자료로 활용하고자 하오니 현재 제작된 0.5리터 생산라인 기계 설비 사진을 보내주시기 바랍니다.

4. 호명 E-MAIL : hwhomyung@yahoo.co.kr

첨  부 : Mineral Water 주문 및 인수현황 1부. 끝.

(주) 호명물산                    대표이사