# EXHIBIT G

## FAX TRANSMITTAL

Dated: June 1, 2007
To: Hyomung Mulsan
    Tel: 02) 3665-8101
    Fax: 02)3665-8104
From: Jhon, Nam-in
Re:
    Hyomyung Musan Inc.
    Hong Sung Soo, Department Director
    Hwajin Cosmetic Builing 302, Dungchon-dong, Kangseo, Seoul

Please new order for 8 containers that you said not delivered because it is uncertain of order sheet of 8 containers. Send a fax to the factory and formal order send to New York by written documents.

# FAX TRANSMITTAL

## Manitou Springs Mineral Water
1310 Manitou Ave. Manitou Springs, Co 80829 U.S.A.
Tel) 719-685-5757    Fax)719-685-5977
E-mail) msmw@adelphia.net
njhons@msn.com

Date: June 1, 2007
To: 호명물산
    Tel: 02)3665-8101
    Fax: 02)3665-8104
From: 전남인 ( Simon Jhon)
Re:


(주) 호명물산
   홍성수 부장
서울시 강서구 등촌동 654-85
화진 코스메틱 빌딩 302호


미입고 8 container 에 대한 주문서의 행방이 불분명하오니 새로운 주문서를 작성하여 보내 주시면 감사하겠습니다. 공장으로는 fax 로 해서 보내되 공식적인 것은 서면으로 New York 으로 보내 주시기 바랍니다.