# EXHIBIT H

HYO MYUNG AMERICA, INC.

To:   Manitou Springs Mineral Water Inc.

CEO Kwon Oyoon, Dr. Jhon Nam-in
( TEL   719-685-5757, FAX  719-685-5977 )

Order below to produce products and to delivery

An Order Sheet
NO: 2007-06-05
Name of Product: Manitou Springs Mineral Water (for Hwa Jin)
Size: 1 L
Container: Previous Container
Quantity: 40 FT 8 Containers( Full Container Load)
Destination: Incheon, S. Korea
Hoping date of Delivery: 7-05-2007
Cf:   It is re-order of 8 containers( 1con/1-23-07, 2con/1-30-07, 2con/ 2-6-07, 2con/ 2-13-07, 1con/ 3-6-07). Please don't be misunderstood it.

Dated: 6-5-07
By: Kim Jeong Hee, President of Ho Myung America Inc.



## HO MYUNG AMERICA INC.

수신 : Manitou Springs Mineral Water Inc.

대표 권 오 윤, 전달인 박사님

( TEL  719-685-5757,  FAX 719-685-5977 )

상품 생산, 공급을 아래와 같이 주문 합니다.

| 상품 주문서 | |
|---|---|
| NO. | 2007-06-05 |
| 상품 명 | Manitou Springs Mineral Water ( 화진 율 ) |
| 용 량 | 1 L |
| 용 기 | 기존 용기 |
| 수 량 | 40 FT Con 8대 FCL(Full Container Load) |
| 공급 장소 | 대한민국 인천 |
| 공급 예정일 | 2007년 07월 05일 |
| 비 고 | 상기 주문량은 주문서 2007. 1. 23일자 2Con 중 1Con, 2007. 1. 30일 2Con , 2007. 2. 6일 2Con, 2007. 2. 13일 2Con , 2007. 3. 6일 1Con 분으로 총 8Con의 미입고분 부분에 대한 독촉 재주문 이오니 착오 없으시길 바랍니다 |

2007. 6 . 5 .

Ho Myung America Inc. 대 표 이 사