# EXHIBIT I

HYO MYUNG AMERICA, INC.

To:   Manitou Springs Mineral Water Inc.

   CEO Kwon Oyoon, Dr. Jhon Nam-in
   ( TEL   719-685-5757, FAX  719-685-5977 )

Order below to produce products and to delivery

An Order Sheet
NO: 2007-07-06
Name of Product: Manitou Springs Mineral Water (for Hwa Jin)
Size: 1 L
Container: Previous Container
Quantity: 40 FT 2 Containers( Full Container Load)
Destination: Incheon, S. Korea
Hoping date of Delivery: 8-06-2007
Cf:   Packing on Bar Code box  for  Hwa Jin

Dated: 7-6-07
By: Kim Jeong Hee, President of Ho Myung America Inc.


HO MYUNG AMERICA INC.

수신 : Manitou Springs Mineral Water Inc.

대표 권 오 운, 견낭인 박사님

( TEL  719-685-5757,  FAX 719-685-5977 )

상품을 아래와 같이 주문 합니다.

| 상품 주문서 ||
|---|---|
| NO. | 2007-07-06 |
| 상품 명 | Manitou Springs Mineral Water ( 화진 용 ) |
| 용 량 | 1 L |
| 용 기 | 기존 용기 |
| 수 량 | 40 FT Con 2대 FCL(Full Container Load) |
| 공급 장소 | 대한민국 인천 |
| 공급 희망일 | 2007년 08월 06일 |
| 비 고 | ● 화진 용 바코드 박스로 포장 바랍니다. |

2007. 7 . 6 .

Ho Myung America Inc. 대 표 이 사  김