EXHIBIT J

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  Attorney: MICHAEL KIMM, 376

| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 02:32 PM at

1257 BROADWAY
NEW YORK, NY 10001

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, ORDER TO SHOW CAUSE, DECLARATION OF JEONG HEE KIM & MEMO OF LAW on O-YOON KWON, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | GREY | 50 | 5'7 | 150 |

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: August 31, 2007

| Linda Forman | Robin M. Forman | Larry Yee | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 466378 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>                              Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>                              Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 02:32 PM at

1257 BROADWAY
NEW YORK, NY10001

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on MANITOU MINERAL WATER, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. O-YOON KWON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | GREY | 50 | 5'7 | 150 |

Sworn to me on: August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 501842

| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>                                        Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>                                        Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 02:32 PM at

1257 BROADWAY
NEW YORK, NY10001

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on RAPHAEL DRUG AND HEALTH CO., the defendant/respondent therein named,

**CORPORATION**  by delivering thereat a true copy of each to MR. O-YOON KWON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | GREY | 50 | 5'7 | 150 |

Sworn to me on: August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 501843

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 03:49 PM at

33-70 PRINCE STREET, SUITE 704
FLUSHING, NY11354

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on NEW YORK FLEA MARKET NEWS ALSO KNOWN AS WWW.FINDALLUSA.COM, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JOHN DOE, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BROWN | 30 | 5'9 | 175 |

Sworn to me on: August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CURTIS WARREN**
License #: 870667
Docket #: 501845

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Attorney: MICHAEL KIMM 1378

| | |
|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG<br><br>Plaintiff(s)<br><br>- against -<br><br>MANITOU MINERAL WATER, INC., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7483 (HOLWELL<br><br>Purchased: August 23, 2007<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 03:49 PM at

33-70 PRINCE STREET, SUITE 704
FLUSHING, NY11354

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW on NEW JERSEY FLEA MARKET NEWS, ALSO KNOWN AS WWW.FINDALLUSA.COM, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JOHN DOE, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,RULE 7.1 STATEMENT,ORDER TO SHOW CAUSE,DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BROWN | 30 | 5'9 | 175 |

Sworn to me on: August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CURTIS WARREN**
License #: 870667
Docket #: 501846

UNITED STATES DISTRICT COURT OF NEW YORK

| | | |
|---|---|---|
| HO MYUNG MOOLSAN CO. LTD. AND HYUN-SONG KANG | Plaintiff(s) | Index #: 07 CIV 7483 (HOLWELL |
| - against - | | Purchased: August 23, 2007<br>Date Filed: |
| MANITOU MINERAL WATER, INC., ETAL | Defendant(s) | AFFIDAVIT OF SERVICE |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 03:49 PM at

33-70 PRINCE STREET, SUITE 704
FLUSHING, NY 11354

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, ORDER TO SHOW CAUSE, DECLARATION OF JEONG HEE KIM & MEMO OF LAW on HANMI HOME SHOPPING COMPANY, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JOHN DOE, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, ORDER TO SHOW CAUSE, DECLARATION OF JEONG HEE KIM & MEMO OF LAW as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BROWN | 30 | 5'9 | 175 |

WEAR GLASSES

Sworn to me on: August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CURTIS WARREN**
License #: 870667
Docket #: 501844