EXHIBIT K

# 부동산투자박람회

## 건축 • Home • 비즈니스 창업

주　　최: 대뉴욕한인상공회의소 / 뉴욕한인건설협회
주　　관: 한미경제
후　　원: 뉴저지한인상공회의소 / 재미한인부동산협회
특별후원: 뉴욕한국일보

**부동산투자박람회**
May. 20 (Sun) 10:00am~7:00pm
코리아빌리지 대동연회장

**무료세미나**
May. 20 (Sun) 1:00pm~6:00pm
코리아빌리지 열린공간


대뉴욕지구 한인상공회의소
Korean American Chamber of Commerce in Greater New York

2007 부동산투자박람회



# 무료 세미나 안내

## 부동산 • 투자 • 건축 • 창업 프랜차이즈 정보가 한곳에!





### 세미나 룸 1

| 시간 | 주제 | 강사 |
|---|---|---|
| 1:00 pm~1:40 pm | 사업체 매매에 대한 매입자의 ABC | (강사: 이재성 변호사) |
| 2:00 pm~2:50 pm | 태권도 도장의 프랜차이즈 비젼과 전망 | (강사: 김경원 U.S.태권도센터 관장 / 뉴잉글랜드한인상공회의소 회장) |
| 3:00 pm~3:50 pm | 신축, 개축, 증축, 주택, 상용, 공공건물과 건축법규에 관한 상담 | (강사: 이해진 건축설계사) |
| 3:50 pm~4:30 pm | "부동산 수리학" | (강사: 문윤식, '뉴욕베스트부동산') |
| 4:30 pm~5:00 pm | 전화카드의 e-commerce 사업전망 | (강사: 김성환 Mexstel 대표) |
| 5:00 pm~6:00 pm | Home Inspection(주택검사)에 관한 세미나 | (강사: 이원희, Hometeam Inspection Service) |



### 세미나 룸 2

| 시간 | 주제 | 강사 |
|---|---|---|
| 1:00 pm~2:00 pm | 재테크, 인터넷 외환거래 | (강사: 캘리 김, 'FXBB'재테크) |
| 2:00 pm~2:50 pm | "온라인 창업에 관한 설명회" | (강사: 정다운, Wevio) |
| 3:00 pm~3:45 pm | "부동산투자로 성공한 사례들" | (강사: 문윤식, '뉴욕베스트부동산') |
| 3:50 pm~4:30 pm | 애틀란타 부동산 투자 설명회 | (강사: 마이클 윤, '뉴스타부동산') |
| 4:30 pm~6:00 pm | 프랜차이즈 창업을 통한 성공적인 미국정착 | (강사: 매튜김, '네오컬럼버스컨설팅') |

### 세미나 룸 3

| 시간 | 주제 | 강사 |
|---|---|---|
| 1:10 pm~2:00 pm | E-2비자 및 투자이민 세미나 | (강사: 조문경 변호사) |
| 2:00 pm~2:30 pm | Caffe Scappino Kiosque & Asian B.B.Q. Express에 관한 프랜차이즈 설명회 | (강사: 리처드 김) |
| 2:30 pm~3:00 pm | Bio-Energy의 미래사업전망 | (강사: 리처드 김) |
| 3:00 pm~3:50 pm | ① Builder Best-신축건물에 대한 6개월 무료 Lock-in 프로그램<br>② Small Balance Commercial Lines & Loans | (강사: 서니 지, Wells Fargo) |
| 4:00 pm~4:50 pm | Mineral Water와 웰빙 음료사업에 관한 창업전망 | (강사: 권오윤 매니토우 스프링스 미네랄 워터 대표) |
| 5:00 pm~6:00 pm | 알칼리수와 웰빙음료에대한 투자설명회 | (강사: 하용호, 알카큐로뉴저지 대표) |



일시: 2007년 5월 20일 (일) 1:00 pm ~ 6:00 pm    장소: 코리아빌리지 열린공간    150-24 Northern Blvd., Flushing, NY 11354    **무료입장**

6 | 　　　**대회장:** 이명석, 정영식　　　**준비위원장:** 김근옥, 최재복