# EXHIBIT L

www.FindAllUSA.com

# 벼룩시장

Korean American Times

자매지
한미경제

벼룩시장에 출광고를
내시면 한미경제와
웹사이트에 동시게재

2007년 7월 27일 금 (FRI)   발행인: 이명석 / Tel. 718-359-0700 / Fax. 718-353-2881 / 33-70 Prince St. #704, Flushing, NY 11354


미국판 신문광고
(주)현대유학원 718-683-0056
201-655-2855

동시에 3가지 효과!!

모짜르트썸머스쿨
공부 ★ 음악 ★ 행복
K-6학년/7월2일~8월24일(8주), 9:00~3:00/6:00
718) 281-0397, 718) 344-0002
39-14 210th ST. BAYSIDE NY 11361

박진홍 변호사
이민법 소액투자비자·복별 무료 상담
646-414-2182
147 W 35th St. Suite 203, New York, NY 10001

매니져 구함
영어 잘하고 음성고운 여성분
30대 이하 용모단정한 분
917-684-7992

O.K 직업소개소
각종직업 및 종업원 소개 해 드립니다.
T.718-321-7974, 9794
36-38 Union St. #3F, Flushing, NY 11354 (유니온생 건내)

New York Construction, Co.
뉴욕건축
▶각종 건물 신축,증축, 개축 인테리어
▶각종 상업용 Show Case및 Furniture 제작
▶건축 라이센스 및 각종 보험 완비
▶무료 견적 및 상담
New York Construction, Co.
126-40 Northern Blvd, Corona, NY 11368
T.718-335-1150 F.718-335-1160

# 미 하원에 한인 이산가족위 출범



"북한의 인간적인 얼굴과 북한 체제의 정책이 미국 내 한인 이산가족들에게 미친 엄청난 충격을 우리는 너무 오랫동안 잊고 지냈다. 50년 이상 헤어졌던 사랑하는 가족과 만날 것을 유일한 희망으로 살아온 이들에게 마지막 선물을 안겨주어야 한다."

미 하원의 마크 커크(공화·일리노이) 의원은 24일 미 국회의사당 캐넌빌딩에서 미국 내 한인 이산가족들이 북한 내 가족들과 직접 상봉을 지원하는 미 하원의원들의 첫 공식모임인 '미 하원 한인 이산가족위원회(Congressional Commission)'의 공식 출범을 선언하면서 이렇게 말했다..

하원 이산가족위는 미국내 한인 이산가족 상봉의 제도화 등 미국내 한인사회의 인도적 문제를 북미간의 공식창구를 통해 해결할 것을 목표로 결성된 미 의회 차원에서 결성된 최초의 의원모임이다. 이산가족위는 지난 2월 출범한 유진벨재단 산하의 이산가족 상봉 추진프로그램인 샘소리프로젝트(회장 홍세욤,

www.saemsori.org)의 활동을 적극적으로 지원하게 된다.

커크 의원은 "9월에는 뉴욕의 유엔주재 북한 대표부를 방문해 미국 한인 이산가족 상봉을 위해 직접 대화에 나설 것"이라며 "북미대화에서 인도주의적 의제 가운데 최우선 이산가족 문제가 다뤄져야 한다"고 말했다. 위원회 결성에 함께 참여한 짐 매디슨(민주·유타) 의원도 "한인 이산가족 상봉은 북미관계 개선에도 도움이 될 것"이라며 "이런 인도적 지원은 모든 이유에서 타당하며 계속되어야 한다"고 강조했다.

초당적 위원회를 출범시킨 두 의원은 모두 지역구의 한인 이산가족 유권자의 사연을 듣고 이들의 이산가족 상봉에 적극적으로 나선 경우들이다. 이런 점에서 이산가족위는 종군위안부 결의안의 추진으로 풀뿌리 정치운동의 단초를 연 미국내 한인사회가 유권자의 힘으로 연방 하원의원들을 움직인 또다른 사례로 기록될 만하다.

[A5면에 계속]


엠파이어 퍼피즈
718-321-1977
144-13 Northern Blvd., Flushing


3대째 맥을 이어온... 치질전문
문한의원 718-426-6551
76-16 Woodside Ave., Elmhurst

무담보 융자
1.무담보 비지니스 융자 2.상용건물 구입 90%융자
3.Residential Mortgage-Equity, Refinance
4.Account Receivable  212-213-3062
718-878-2009/201-522-7675
NYC CAPITAL 금융 1375 Broadway, New York, NY 10018


얼음조끼
반영구적 사용
718-608-5015 / 973-986-5050


남장근 변호사 공인회계사
이민법 / 교통사고 / 사고상해
Tel. 718-353-5396 / 201-835-6608
142-19 37 Ave. 1F, Flushing, NY 11354


공인회계사 신석호
David Shin, CPA, PC
(Integrated Business Solutions)
New York Office
136-26 37th Ave. Suit. 500
Flushing, NY 11354
Tel:718-359-8844
New Jersey Office
2460 Lemoine Ave. Suit 403
Fort Lee, NJ 07027
Tel: 201-363-1380


가화 설렁탕
KOREAN RESTAURANT
24시간 29-32 Union St., Flushing  718-886-3223


XINCON
Better Life Through Education
I-20 OPT
ESL
뉴욕의 철저한 말하기 위주의 ESL
$1,750/6months
Digital Fashion Design
뉴욕의 유일한 디지털 패션 리스트 전문 과정
Internship
NCLEX
IELTS
www.xincon.com  212-465-8833


도시락 감자탕 딜리버리 전문
밥자바위
단체주문 (고정 딜리버리 환영)
718-939-2900
133-08 35 AVE. FLUSHING, NY 11354

STUCCO / 자재
Form, Mesh, Moulding
Queens Supply Inc.
43-01 37th St. L.I.C., NY 11101
Tel:718-392-0111 Fax:718-392-3113

해룩시장          생활정보 사이트 | www.FindAllUSA.com          2007년 7월 27일 (금) | A25

# 왜! 마니토우 스프링스가 가장 좋은가?

## 비만, 변비와 아토피, 마시는 물로 해결한다!



✔ 천연광천수로서 인체에 유익한 미네랄이 250mg/1리터 이상 함유하여야 하며, 1,500mg이상 함유하면 High Mineral이라고 한다.

✔ 순수 자연광천수로서 화학처리 할 수 없다. FDA 검사에 합격하면 병에 미네랄워터를 표기할 수 있다.

✔ 최상급 미네랄워터로서 자연광천수입니다. 타제품과 비교하여 보십시오.

### 100% MINERAL WATER

## 물만 잘 마셔도 무병장수할 수 있습니다.

알고 계십니까? 현대질병의 원인은 자연 미네랄 부족에서 온다는 사실을 말입니다. 자연에서 생산되는 가장 중요한 미네랄 30여가지가 부족하면 변비, 아토피, 당뇨병, 위장병, 고혈압 및 비만과 같은 현대 성인들에게 가장 많이 찾아오는 만성질병에 걸리기 쉽습니다. 까다롭기로 유명한 FDA의 미네랄 워터 기준을 통과한 마니토우 스프링스 자연상태에서 물 1리터당 1,600mg의 미네랄이 함유되어 있는 마니토우 스프링스는 120년의 역사를 지닌 신비스러운 약수로 이미 잘 알려져 있는 미네랄 워터입니다.

마니토우 미네랄 워터는 120년 역사를 지닌 신비스러운 약수로 알려지고 그 효력은 역대 대통령 루즈벨트, 그랜트 대통령을 비롯하여 세계 유명인사들 병을 고친 기록이 입증하고 있습니다. 이 물은 120년전부터 의사의 처방에 의하여 천식, 충치, 당뇨, 신장, 고혈압, 류마티즘 관절염, 위장병에 사용한 기록이 박물관에 보존되고 있습니다.

■ FDA승인을 받은 100% 천연 미네랄 워터는 많이 드셔도 전혀 부작용이 없습니다.
1. 변비가 있으신 분
2. 소화장애가 있으신 분
3. 기침, 천식이 있으신 분
4. 피부가 건조하신 분
5. 알러지가 있으신 분
6. 비만이 있으신 분
7. 음주 후 숙취가 있으신 분

■ 중장기적으로 계속 드실 때 효과가 있는 분
1. 당뇨가 있으신 분
2. 고혈압이 있으신 분
3. 충치가 있으신 분
4. 신장질환이 있으신 분
5. 류마티즘이 있으신 분
6. 관절염이 있으신 분
7. 알콜중독이 있으신 분

 판매점 모집 

한미 홈쇼핑   646-671-1414 / 718-359-4448
33-70 Prince St., #704 Flushing, NY 11354