# EXHIBIT O

FAX TRANSMITTAL
Manitou Springs Mineral Water
1310 Manitou Ave. Manitou Springs, Co 80829
T. 719-685-5757   F. 719-685-5977
E-mail) msmw@adelphia.net
njhons@msn.com

Date: August 29, 2007
To: Ho Myung Mulsan, Inc.
        President Kim Jeong Hee
            T. 02) 3665-8101   F. 02) 3665-8104
From: Jhon Nam-in( Simon Jhon)
Re: Operation of new production line

How are you president Kim?
I am sorry to late my communication. Tomorrow I will send a letter which summarized up to now what's happenings with photos. To summarize, the completed new production line was delayed, and testing operation and checking after finishing installation of the machine also delayed.
I am sorry to confuse your company because our production line was delayed unlike our expectation. I think that we can deliver from next week as the new production line is working and all necessary material is prepared. I am certain that everything is normal because we hire a new technician for the new production line. It is my fault that I did not contact with you frequently. I will send detailed news to you tomorrow with photos. Please be more patience to wait for it.

By Jhon Nam-in

# FAX TRANSMITTAL

## Manitou Springs Mineral Water
1310 Manitou Ave. Manitou Springs, Co 80829 U.S.A.
Tel) 719-685-5757     Fax) 719-685-5977
E-mail) msmw@adelphia.net
njhons@msn.com

Date: August 29, 2007
To: 호명물산
    김 정희 사장님
    Tel: 02)3665-8101   Fax: 02)3665-8104
From: 전남인 ( Simon Jhon)
Re: 새 생산라인 가동

    김 사장님 그간 안녕하셨습니까?
일찌기 연락을 취하지 못한점 우선 사과 드립니다. 그간의 사정을 정리하여 내일 정도 사진과 함께 우편으로 보내 드리겠습니다. 간단히 요약 하자면, 이제사 완성된 새로운 생산라인이 생각보다 많이 지연 되었고 시운전 및 설치후 점검등으로 예정 가동일을 훨씬 넘겨 생산에 큰 차질이 생겨 귀사에 여러 가지로 혼란을 초래한 점을 사과 드립니다. 이제 새 라인이 가동되고 필요한 모든 아이템들이 준비되었으니 다음주 말 정도부터는 출고가 가능 하리라 생각 됩니다. 새 라인을 작동하는 기술자도 초빙하고 했으니 모든 일이 순조롭게 진행되리라 믿습니다. 그간 의 사정을 소상히 자주 전하지 못한것은 본인의 불찰임을 자인하고 용서를 구합니다. 구체적인 전후 사정은 사진과 함께 내일 중으로 보내 드리겠습니다. 조금더 인내를 가지시고 기다려 주시기 바랍니다.

전남인 배상