# Exhibit 1

My Accounts > Account Activity > **Check Details**

# Check Details

◊ Print  ◊ Help with this page

**CHASE PRIORITY CHK (...7757)**

**Check Number:** 195        **Post Date:** 07/06/2007        **Amount of Check:** $120.00





**Need help printing or saving this check?**

**Need help printing or saving this check?**