# Exhibit 2



DATE: 6-26-07
PRODUCTION LINE (1 LITTER BOTTLE)

Photo # 1



DATE: 6-26-07
PRODUCTION LINE (1 LITER BOTTLE)

Photo # 2