DATE: 6-26-07
PRODUCTION LINE (1 LITER BOTTLE)

Photo # 3



Photo # 4

DATE: 6-26-07
SHIPPING LABEL FOR DOMESTIC USE LOT # KW7006

## Manitou Springs
Mineral Water Inc.  CO, USA

| Ship To: | |
|---|---|
| LOT # | KW7006 |
| Total per skid: | 924 bottles |
| Manufactured | 6-19-2007 |
| QTY/UNIT | 77 cs (12 ea/cs) |