Photo # 5
DATE: 6-26-07
3 PALLETS OF LOT # KW 7006

DATE: 6-26-07
3 PALLETS OF LOT# KW 7006

Photo # 6