

DATE: 6-26-07
NEW LABEL BY MANITOU

Photo # 7

