# Exhibit 1

## CERTIFICATION OF TRANSLATION

I, Kate Heekyung Koo, certify that the foregoing document was translated by me from Korean to English; and that the translation was performed accurately to the best of my ability.

Dated: August 16, 2007

Kate Heekyung Koo

**[Korean to English Translation]**

Annexed hereto as Dear Chairman Kang Hyun Song
In connection with your cooperative business, I write to provide the following update:

1.    A. I am sending a written copy of contract.
      B. There are no other financial or miscellaneous circumstances.

2.    A. One copy of contract being provided.
      B. At the time of wire transfer of funds from Korea, I assisted with documentation (but did not keep copy of such documents)
      C. I also helped with visa application and cooperated with visa lawyer (but did not keep copy of such documents)

                               9-30-05    Submitted by Kwon, O Yoon

**[Korean to English Translation]**

3. Progress notes:  (Contract money paid $100,000 9,24,04 plus $1.4 million around 3-25-05)

Contract money $100,000 was received (Sept 24, 04)
As requested by Jee Young Gil, business was stopped in Mexico, LA, New York, Philadelphia, and other areas of America, and factory operations have been discontinued. Also, the products that had been placed for sale in the market have been repurchased, and your [commencement of] business in Korea and U.S. is being anticipated. There has been no sales activity, and in the future there will be no business activity with Jee Young Gil. As for the contract that arose in the United States, [I intend to] seek court ruling on that issue. I will keep in touch with further developments in this matter.

## MANITOU SPRINGS MINERAL WATER INC.

Manufacture
310 Manitou Avenue
Manitou Springs, CO 80829
Tel. 719-685-5757
Fax. 719-685-5977

NY Office
1257 Broadway (Bet. 31st & 32nd St.)
New York, NY 10001
Tel. 212-684-1083 / 0090
Fax. 212-629-4749

강현송 회장님 귀하

귀하의 협조 사항에 대하여 다음과 같이
알려드립니다.

① 가. 계약서 사본을 보내드립니다.

  나. 송금 및 기타 거래는 전혀 없음

② 가. 계약서 사본 1통

  나. 한국내 송금시 은행에서 필요한 서류를
  도와주었습니다. (사본은 없음)

  다. Visa 관계로 방문시가 있주하는 서류
  협조하였음 (사본은 없음)

9.30.05    권오윤 올림.

# MANITOU SPRINGS MINERAL WATER INC.

Manufacture
1310 Manitou Avenue
Manitou Springs, CO 80629
Tel. 719-685-6757
Fax. 719-685-5977

NY Office
1257 Broadway (Bet. 31st & 32nd St.)
New York, NY 10001
Tel. 212-684-1083 / 0090
Fax. 212-629-4749

③ 추진 내역 ( 계약금 100,000 수령, 잔금 1400,000 (못 # 별) 수령

계약금 $100,000,을 수령하고 (못 24, 04)

지영관(氏)의 요구에 의하여 멕시코, LA, 뉴욕, 피라델피아 및 미국 전역의 판매를 중지하고 공장 가동을 중지 하였읍니다. 이미 시중에 판매하고 있는 재고를 회수하고 한국과 미국에서 판매 할것을 기대하고 있읍니다. 판매 행위는 전혀 없었으며 앞으로도 지영길 하고는 어떤 거래도 없을 것 입니다. 한국에서 해결을 기다리겠읍니다. 미국에 있어서 계약서는 법원의 판결을 받은 계획입니다.

추후 추진상황에 대해서는 자주 연락드리겠읍니다