# Exhibit 2

## CERTIFICATION OF TRANSLATION

I, Kate Heekyung Koo, certify that the foregoing document was translated by me from Korean to English; and that the translation was performed accurately to the best of my ability.

Dated: August 16, 2007

Kate Heekyung Koo

# 포기 각서

성명 : 지 영길

상기 본인은 2005년 4월 19일자로
맥도우 스프링스 리조트 친오원와
체결한 흥판 계약을 포기함.

2005년 11월 2일

이 지 영길 [서명]

맥도우 스프링스 아파트 위치
리조트 친 오 원 [인]

## SURRENDER AGREEMENT

Name:            Jee Yyoung Gil

Above-named person, effective 2005 April 19, agrees with U.S. Manitou Springs owner O Yoon Kwon, to surrender previously made exclusive sales agreement.


2005, Nov. 25

Above-named Jee Young Gil [signed]


Manitou Springs Mineral Water

Owner O Yoon Kwon [signed]