# Exhibit 1

MIKE S. KO
103-dong #703, Seocho-Gu, Seocho 4-dong 1682
Seoul, Korea
Phone: 011-255-3662

**Education**

    1974 George Washington University
    Major: International Business

**Experience**

    1976-82 Shareholder and Marketing Director
    Chongju Textile Co. Ltd., Korea
    New York Branch Office Head - Serviced USA, Canada & Europe

    1983-1998 Trackwise Sales Corp., New Jersey
    Principal and President of Garment Business
    Imported garment from Korea & China;
    Distributed to national department stores and other retailers

    1992-2002: Universal Licencing Co. Ltd., Korea
    Principal and President of Branding Business
    Established and/or advised various brands including:
        Paolo Gucci, Alfredo Versace, Paolo Del Lungo

    2003 to current. E-on Light Co. Ltd., Korea
    Advisor of Global Marketing to Manufacturer of specialty light bulbs and related products
    Managed exports to USA, Europe and Japan

    Miscellaneous: (Current) Advisor/Consultant for Marketing in USA, Japan; Byjin Pharmaceutical Co., Korea (sale of specialty hair brush); natural herb soap