# Exhibit 2

# 포기 각서

성명 : 지영길

상기 본인은 2005년 4월 19일자로

박 매도우 스프링스 레즈 권오윤과

체결한 (용권) 계약을 포기함.

2005년 11월 2일

이 지영길 [서명]

매도우 스프링스 아파트 위해
레즈 권오윤 貴下.