# MINJUNG'S Essence KOREAN-ENGLISH DICTIONARY

### 3rd EDITION

MINJUNGSEORIM

Case 1:07-cv-07483-RJH-HBP    Document 21-4    Filed 10/11/2007    Page 1 of 1