1881                                                                촬영

| weight. ~call. | ~직] the President; the Generalissimo; the Führer.(나치스 독일의) (G.). |
|---|---|

weight. ~call ~ 
general manager, of 
(total) expenditure. 
preme command; ~ 
ne command) of (an 
...of...class; ?이의 
top-level,...[재] 
firing. ~하다 shoot 
(a person). ~입 
round; swarming. ~ 
swarm. ~상 ~상 
wound; a bullet 
...(창상)의 ~다 
luster. ~이 ~도 넘다 

)rite mistress. 
all. ¶~적으로 on 
considered; in gen- 
...이 ...지지 
~금함] (be) hasty; 
히 in haste; hastily; 
urriedly / ~히 떠나 
~히 집에 돌아가다 
~히 다녀[둘러] 가다 
(편지에서) ~ 이만(줄 
iaste. ~걸음 
quick short steps; 
다 walk in quick 
ng. ¶ ~으로 at a 
ith quick steps / ~ 
up (the pavement) 

hick; dense; close. 
plant young rice 
/ 산에 나무가 총총 
untain is densely 

ense; crowded; nu- 
ly; numerously; in 
총총한 밤 a bright 
빛이 ~ The sky is 
wn) with stars. 
mobilization. ~하 
obilization; be all 
 ¶ 군대의 ~ the 
troops. 
(provisions). 
sions of the civil 

총퇴각(總退却) a general (full) retreat. ~하다 make a general retreat. ¶ ~중이다 be in full retreat.
총파업(總罷業) a general strike. ¶ ~으로 들어가다 go on a general strike.
총판(總販) an exclusive sale; sole agency [trade]. ~하다 make an exclusive sale (of). ¶ ~ 특약을 맺다 enter into a special contract for the sole agency.
총평(總評) a general survey (review, critique). ● 문단 ~ a sweeping criticism (a general review) of the literary world.
총포(銃砲) guns; firearms; [총칭] gunnery. ● ~상 a gun store (shop (英)); a dealer in firearms. ~ 화약류 단속법 the Firearms & Explosive Control Law.
총할(總轄) general control (supervision). ~하다 supervise; have a general control (over).
총합(總合) gathering (collecting) together; the (sum) total; the total amount. ~하다 gather together; piece (put) together; sum up; total; count up.
총화(銃火) rifle fire; musket fire; gunfire. ¶ 적의 ~를 무릅쓰고 defying (braving) the enemy's musket fire; under fire / ~를 받다 come (be) under fire / ~를 퍼붓다 rain shells (on the enemy); fire on (the enemy).
총화(總和) ¶ ~정치 politics of integration / 국민 ~ national harmony.
총회(總會) a general meeting (assembly); a plenary session (meeting); [종교의] a synod. ¶ ~에 부치다 leave (the decision) up to a general meeting; submit (a matter) to the general meeting for discussion. ● ~꾼 a professional trouble-maker at shareholders meeting; [회사가 고용한] hired toughs to keep order at a shareholders meeting. 유엔 ~ the U.N. General Assembly. (略: UNGA). 정기 [임시] ~ an ordinary (extraordinary) general meeting. 주주 ~ a general meeting of stockholders. 창립 ~ an inaugural assembly.
총희(寵姬) a favo(u)rite mistress.
촬영(撮影) photographing; taking a picture; [영화] filming; shooting (a film); a (film)