UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HO MYUNG MOOLSAN CO., LTD., HYUN-SONG KANG

                      Plaintiffs,

-against-

MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO., O-YOON KWON, NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, ABC COMPANIES 1 THROUGH 10

                      Defendants.

---

07 Civ. 07483 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

    The hearing scheduled for October 11, 2007, at 9:00 a.m. is hereby adjourned. The parties are directed to appear for a hearing in this matter on October 22, 2007, at 9:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007. Additionally, defendants shall serve any reply in further support of their cross-motion to dismiss by October 17, 2007.

SO ORDERED.

Dated: New York, New York
        October 11, 2007

                                                          Richard J. Holwell
                                                        United States District Judge