UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

HO MYUNG MOOLSAN CO., LTD., HYUN-
SONG KANG

                                    Plaintiffs,
          -against-

MANITOU MINERAL WATER, INC.,
RAPHAEL DRUG AND HEALTH CO., O-
YOON KWON, NAM-IN JHON, HANMI HOME
SHOPPING COMPANY, NEW JERSEY FLEA
MARKET NEWS, NEW YORK FLEA MARKET
NEWS a/k/a WWW.FINDALLUSA.COM, JOHN
DOES 1 THROUGH 10, JANE DOES 1
THROUGH 10, ABC COMPANIES 1
THROUGH 10

                                    Defendants.

--------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

07 Civ. 07483 (RJH)

**ORDER**

The parties are ordered to engage in good faith negotiations for a period of thirty (30) days to establish terms and conditions for the recommencing of water shipments from defendant Manitou Mineral Water to plaintiff Ho Myung Moolsan. A conference in this matter shall be held on November 21, 2007, at 10:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       October 26, 2007

                                    Richard J. Holwell
                                    United States District Judge