UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HO MYUNG MOOLSAN CO., LTD., HYUN-SONG KANG

                    Plaintiffs,

-against-

MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO., O-YOON KWON, NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, ABC COMPANIES 1 THROUGH 10

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 11/26/07

07 Civ. 07483 (RJH)

**ORDER**

For the reasons stated on the record at a conference in this matter held on November 21, 2007, plaintiff's application for a preliminary injunction [3] is denied. The Court defers decision on defendants' cross motion to dismiss [16]. The parties are ordered to submit a joint scheduling order to the Court by November 30, 2007.

SO ORDERED.

Dated: New York, New York
        November 21, 2007

                                                          /s/
                                                   Richard J. Holwell
                                              United States District Judge