UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

HO MYUNG MOOLSAN CO., LTD., HYUN-SONG KANG

             Plaintiffs,

-against-

MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO., O-YOON KWON, NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, ABC COMPANIES 1 THROUGH 10

             Defendants.

----------------------------------------

07 Civ. 07483 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

Oral argument shall be held on defendants' motion to dismiss on December 20, 2007, at 2:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
      November 26, 2007

                                        Richard J. Holwell
                                        United States District Judge