NOV-29-2007  15:10      CAPELL VISHNICK                                    P.01



# Capell Vishnick LLP

NOV 29 2007

ANDREW A. KIMLER, ESQ.
Partner
516.437.4385 x122
akimler@CapellVishnick.com

Howard Capell
(withdrawn from firm)

Edward M. Dweck
(1946-1991)

November 29, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FIL[ED]
DOC #: _____
DATE FILED: 12/4/07

*VIA FACSIMILE: (212) 805-7948*
Hon. Richard J. Holwell
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *Ho Myung Moolsan Co., Ltd., and Hyun-Song Kang v. Manitou Mineral Water, Inc., et. al.*
            SDNY Case No.: 07 CIV 7483

Dear Judge Holwell:

    As you may recall, my firm represents the defendants in the above-captioned action. I am writing with regard to the Court's Order of November 21, 2007 which require the parties to submit a joint scheduling order by November 30, 2007.

    When plaintiff's counsel and I were before you on November 21, you directed counsel for the parties to meet a submit a proposed scheduling order by no later than November 30, 2007. On November 28, 2007, I faxed to Mr. Kimm a proposed joint schedule for his review and comment. A copy of my letter together with the proposed schedule is annexed hereto. Today, I telephoned Mr. Kimm and was informed by his office that Mr. Kimm is overseas and will not be back until next week.

    Based upon the foregoing, I respectfully request that the Court grant the parties a two week extension. If the Court does not wish to do so, then I would respectfully request that the Court approve the proposed plan that I am submitting herewith.

    Thank you.

*[handwritten: Application for an extension to December 14, 2007 is granted]*

*[handwritten: SO ORDERED]*

Respectfully submitted,

Andrew A. Kimler (AK-9861)

USDJ
11/30/07

AAK/cm
encl.
cc:    *VIA FACSIMILE & REGULAR MAIL*
       (201) 342-0555
       Michael S. Kimm, Esq.