UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ. (MK4476)
KIM E. SPARANO, ESQ.
KIMM LAW FIRM
41 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: 201-342-3377
FAX: 201-342-0555
*Attorneys for Plaintiffs*



---

HO MYUNG MOOLSAN CO., LTD.,          :
and HYUN-SONG KANG,                  :

                                     :          07 CV 7483 (RJH)

              Plaintiffs,            :

                                     :

      v.                             :

                                     :

MANITOU MINERAL WATER, INC.,         :
RAPHAEL DRUG AND HEALTH CO.          :
O-YOON KWON; NAM-IN JHON,            :
HANMI HOME SHOPPING COMPANY,         :
NEW JERSEY FLEA MARKET NEWS,         :
NEW YORK FLEA MARKET NEWS,           :
a/k/a WWW.FINDALLUSA.COM,            :
JOHN DOES 1 THROUGH 10,              :          **Notice of appeal**
JANE DOES 1 THROUGH 10, and          :
ABC COMPANIES 1 THROUGH 100,         :

                                     :

              Defendants.            :

---



SIR/MADAM:

PLAINTIFFS HEREBY APPEAL from the Order of the Honorable Richard

Holwell, U.S.D.J., filed November 21, 2007, denying preliminary injunction, to the

1

United States Court of Appeals for the Second Circuit, under 28 U.S.C. 1921(a) and the "collateral order" doctrine.

Dated:        December 12, 2007

/s/ Michael S. Kimm
Attorneys for Plaintiff

Certificate of Service

Michael S. Kimm, Esq., certifies the foregoing was served upon defendants' counsel by fax and mail.

Andrew Kimler, Esq.
Capell Vishnick, LLP
3000 Marcus Avenue, Suite 1E9
Lake Success, NY 11042
Fax 516-437-4395

Dated: December 12, 2007                    /s/ Michael S. Kimm, Esq.

3