SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Ho Myung  Moolsan,        Plaintiff,
LTD.

       - against -

Manitou Mineral Water,        Defendant.
Inc.

_7_ __ cv _7483___ (__)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Michael S. Kimm          a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Kim E. Sparano |
| Firm Name: | Kimm Law Firm |
| Address: | 41 Bancker Street |
| City/State/Zip: | Englewood, NJ 07631 |
| Phone Number: | (201) 569-2880 |
| Fax Number: | (201) 569-2881 |

Kim E. Sparano                        is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against   Kim E. Sparano
in any State or Federal court.

Dated:      12/12/2007
City, State: Englewood, NJ 07631

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name:
Address:
City/State/Zip:
Phone Number:
Fax Number:

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ. (MK4476)
KIM E. SPARANO, ESQ.
KIMM LAW FIRM
41 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: 201-342-3377
FAX: 201-342-0555
*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| HO MYUNG MOOLSAN CO., LTD., and HYUN-SONG KANG, | : | 07 CV 7483 (RJH) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO. O-YOON KWON; NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS, a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, and ABC COMPANIES 1 THROUGH 100, | : | **Declaration of Michael S. Kimm, Esq., in support of plaintiffs' motion for pro hac vice admission of Kim E. Sparano** |
| Defendants. | : | |

MICHAEL S. KIMM, ESQ., hereby declares:

1. I am the attorney of record for the plaintiffs in this matter, and I make this

1

statement in support of plaintiffs' application to admit my associate, Kim E. Sparano, as an attorney in this matter.

2. I adopt the facts stated in the Sparano Declaration by reference.

3. Ms. Sparano was admitted to the Bar of New Jersey in 1988, is in good standing and is of high moral character.

4. Plaintiffs respectfully request that Ms. Sparano be permitted to appear pro hac vice to handle all proceedings. I will remain an attorney of record and I intend to be primarily responsible for the conduct of this litigation.

I declare the foregoing is true and correct under penalty or perjury under 28 U.S.C. 1746.

Dated:        December 12, 2007

/s/ Michael S. Kimm

Attorney for Plaintiff

2

Certificate of Service

Michael S. Kimm, Esq., certifies the foregoing was served upon defendants'

counsel by fax and mail.

> Andrew Kimler, Esq.
> Capell Vishnick, LLP
> 3000 Marcus Avenue, Suite 1E9
> Lake Success, NY 11042
> Fax 516-437-4395

Dated: December 12, 2007                    /s/ Michael S. Kimm, Esq.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ. (MK4476)
KIM E. SPARANO, ESQ.
KIMM LAW FIRM
41 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: 201-342-3377
FAX: 201-342-0555
*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| HO MYUNG MOOLSAN CO., LTD., and HYUN-SONG KANG, | : | 07 CV 7483 (RJH) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO. O-YOON KWON; NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS, a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, and ABC COMPANIES 1 THROUGH 100, | : | |
| | : | **Declaration of Kim E. Sparano in support of plaintiffs' motion for pro hac vice admission of Kim E. Sparano** |
| Defendants. | : | |

KIM E. SPARANO, ESQ., hereby declares:

1. I am the attorney with the Kimm Law Firm, counsel for plaintiffs in this

1

matter, and I make this statement in support of plaintiffs' application to admit me as an attorney of record in this matter.

2. I was admitted to the Bar of New Jersey in 1988, and I am in good standing. A copy of my certificate of good standing is annexed hereto as <u>Exhibit 1</u>.

3. Michael Kimm has been attorney of record in this matter since inception and he will remain primarily responsible for the conduct of litigation.  As an associate, I will assist him in all phases of this case.  Plaintiffs request that I be permitted to appear pro  hac vice to participate in all proceedings.

I declare the foregoing is true and correct under penalty or perjury under 28 U.S.C. 1746.

Dated:        December 12, 2007

/s/ Kim E. Sparano

Attorney for Plaintiff

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **KIM ELLEN SPARANO**
(No. **020941988** ) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1988** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 5TH day of December , 20 07

Clerk of the Supreme Court

-453a-

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ho Myung Moolsan, LTD.,                    Plaintiff,

                                                                    7    cv 7483        (RJH)

              - against -

Manitou Mineral Water, Inc            Defendant.            **ORDER FOR ADMISSION
                                                                            PRO HAC VICE
                                                                        ON WRITTEN MOTION**

Upon the motion of  (Sponsor's Name)      attorney for   Ho Myung Moolsan, LTD.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

              Applicant's Name:      Kim E. Sparano

              Firm Name:            Kimm Law Firm

              Address:              41 Bancker Street

              City/State/Zip:       Englewood, NJ 07631

              Telephone/Fax:        (201) 569-2880

              Email Address:        kimmlaw@msn.com

is admitted to practice pro hac vice as counsel for    Ho Myung Moolsan, LTD.              in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $              SDNY RECEIPT#
SDNY Form Web 10/2006