UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ. (MK4476)
KIM E. SPARANO, ESQ.
KIMM LAW FIRM
41 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: 201-342-3377
FAX: 201-342-0555
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

---

HO MYUNG MOOLSAN CO., LTD.,
and HYUN-SONG KANG,

        Plaintiffs,

        v.

MANITOU MINERAL WATER, INC.,
RAPHAEL DRUG AND HEALTH CO.
O-YOON KWON; NAM-IN JHON;
HANMI HOME SHOPPING COMPANY,
NEW JERSEY FLEA MARKET NEWS,
NEW YORK FLEA MARKET NEWS,
a/k/a WWW.FINDALLUSA.COM,
JOHN DOES 1 THROUGH 10,
JANE DOES 1 THROUGH 10, and
ABC COMPANIES 1 THROUGH 100,

        Defendants.

07 CV 7483 (RJH)

Joint Discovery Plan
and Order

---

The parties having conducted a discovery conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties propose the following discovery

1

schedule:

(1) Disclosures under Rule 26(a) are to be made:

by December 14, 2007

(2) Scope of discovery covers liability and damages and:

A. All paper discovery is to be completed by March 30, 2008;

B. All fact depositions are to be completed by April 30, 2008;

C. All expert written discovery are to be completed by May 30, 2008;

D. All expert depositions are to be completed by June 30, 2008.

(3) A case management conference should be held by the Court ~~during~~ on June 6 2008. at 11:00 a.m.

Dated:    December 12, 2007

/s/ Michael S. Kimm
Attorneys for Plaintiff


/s/ Andrew Kimler
Attorneys for Defendants

SO ORDERED

[signature] USDJ

12/20/07

2