UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

HO MYUNG MOOLSAN CO., LTD., HYUN-SONG KANG

                      Plaintiffs,

-against-

MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO., O-YOON KWON, NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, ABC COMPANIES 1 THROUGH 10

                      Defendants.

------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

07 Civ. 07483 (RJH)

**ORDER**

    For the reasons stated on the record at a conference in this matter held on December 20, 2007, defendants' cross-motion to dismiss [16] is granted. Plaintiffs' first and second causes of action are dismissed as to all parties other than Manitou Mineral Water, Inc. Plaintiffs' fourth, fifth and sixth causes of action are dismissed as to all parties. If they wish, plaintiffs may move for leave to amend the complaint to cure the deficiencies identified by the Court at the conference.

SO ORDERED.

Dated: New York, New York
       December 20, 2007

                                                         Richard J. Holwell
                                                      United States District Judge