SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ho Myung Moolsan, LTD.,   Plaintiff,

7   cv   7483   (RJH)

- against -

Manitou Mineral Water, Inc   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Michael Kimm (~~Sponsor's Name~~) attorney for Ho Myung Moolsan, LTD.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kim E. Sparano |
| Firm Name: | Kimm Law Firm |
| Address: | 41 Bancker Street |
| City/State/Zip: | Englewood, NJ 07631 |
| Telephone/Fax: | (201) 569-2880 |
| Email Address: | kimmlaw@msn.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

is admitted to practice pro hac vice as counsel for Ho Myung Moolsan, LTD. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/~~Magistrate Judge~~

FOR OFFICE USE ONLY   FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006