```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HO MYUNG MOOLSAN CO., LTD, et al.,

                Plaintiffs,

-against-

MANITOU MINERAL WATER, INC., et al.,

                Defendants,

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 07483 (RJH) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ *Specific Non-Dispositive Motion/Dispute:
_____

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:*
_____

_____ *Settlement

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction). Purpose:
_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation):
_____

_____ All such motions

* Do not check if already referred for general pretrial

The parties should forward all correspondence relevant to the extant discovery dispute to Judge Pitman.

SO ORDERED.

Dated: New York, New York
       March 21, 2008

                                            Richard J. Holwell
                                            United States District Judge