```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

HO MYUNG MOOLSAN CO.,             :
LTD. et al.,
                                   :
            Plaintiffs,            :    07 Civ. 7483 (RJH)(HBP)
                                   :
    -against-                           ORDER
                                   :
MANITOU MINERAL WATER,
INC., et al.,                     :

            Defendants.            :

-----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-08
```

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on April 29, 2008 during which several discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. Defendants' objections to the following document requests set forth in the letter of plaintiffs' counsel dated March 6, 2008 ("the document requests") are sustained: 1, 2, 3, 7, 14 and 16.

    2. During the course of the April 29 conference, counsel for both sides represented that no disputes currently exist with respect to the following document requests: 4, 5, 6 and 9.

    3. During the course of the April 29 conference, counsel for defendants represented that after consult-

ing with his clients all non-privileged documents responsive to the following document requests have been produced to the extent they exist: 4, 5, 6, 8, 9, 11, 10, 12, 13, 15, 17, 18, 19, 20, 21, 22 and 25. Certain of these requests have been narrowed by the agreement of the parties.

4. Defendants are directed to produce all e-mails responsive to document requests 23 and 24 no later than May 20, 2008.

5. Decision is reserved concerning the parties' dispute regarding whether the CD produced by defendants is readable pending plaintiffs' review of the CD produced on or about April 27, 2008. Unless I hear further from plaintiffs' counsel, I shall assume this particular issue has been resolved.

6. Defendants' objections to plaintiffs' interrogatories are sustained except with respect to interrogatories 1, 2, 7, 15 and 16. Those interrogatories are to be answered no later than May 20, 2008.

7. All fact discovery shall be completed on or before August 20, 2008.

8. Plaintiffs shall produce all materials required by Fed.R.Civ.P. 26(a)(2) on or before August 20, 2008. If desired, the depositions of plaintiffs'

expert(s) shall be completed no later than September 20, 2008.

9. Defendants shall produce all materials required by Fed.R.Civ.P. 26(a)(2) on or before September 20, 2008. If desired, the depositions of defendants' expert(s) shall be completed no later than October 20, 2008.

10. No later than May 20, 2008, plaintiffs are directed to produce (1) all documents supporting the existence of a "direct person sales network of 70,000 agents" as previously alleged by plaintiffs and (2) all contracts by and between Young Gil Jee and defendants.

Dated: New York, New York
       May 2, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Kim E. Sparano, Esq.
Kimm Law Firm
41 Bancker Street
Englewood, New Jersey  07631

Andrew A. Kimler, Esq.
Capell Vishnick, LLP
Suite 1E9
3000 Marcus Avenue
Lake Success, New York  11042