```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HO MYUNG MOOLSAN,                         :        07 Civ. 07483 (RJH)
                                          :
                    Plaintiff,            :
                                          :
        -against-                         :        **ORDER**
                                          :
MANITOU MINERAL WATER,                    :
                                          :
                    Defendant.            :
                                          :
------------------------------------------------------------x

       The pretrial conference scheduled for June 06, 2008 is rescheduled to June 19, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
May 19, 2008
SO ORDERED:

                                                           Richard J. Holwell
                                            United States District Judge