

# Capell Vishnick LLP

ANDREW A. KIMLER, ESQ.
Partner
516.437.4385 x122
Akimler@CapellVishnick.com

Howard Capell
(withdrawn from firm)

Edward M. Dweck
(1948-1991)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

May 22, 2008



RECEIVED
MAY 22 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**
*(212) 805-7948*
Hon. Richard J. Holwell
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

    Re: *Ho Myung Moolsan Co., Ltd., and Hyun-Song Kang v. Manitou Mineral Water, Inc., et. al.*
        SDNY Case No.: 07 CIV 7483

Dear Judge Holwell:

As you may recall, my firm represents the defendants in the above-captioned action.

By Order dated May 19, 2008, the Court rescheduled the conference scheduled for June 6, 2008 to June 19, 2008. Since June 19 posed a conflict for me with respect to an upstate court appearance, with the consent of my adversary, I contacted Mr. Donald and requested that the matter be rescheduled to a mutually convenient date. Towards that end, it is my understanding that the conference has been rescheduled to June 27, 2008 at 11:00a.m., subject to your approval.

Thank you for your consideration.

SO ORDERED

NEXT PTC 6/27/08 @ 11:00 Am

Respectfully submitted,

Andrew A. Kimler (AK9861)

US DJ
5/28/08

AAK/am
cc:    **VIA FACSIMILE**
      *(201) 569-2881*
      Kim Sparano, Esq.

3000 Marcus Avenue, Suite 1E9, Lake Success, NY 11042    t 516.437.4385    f 516.437.4395
www.CapellVishnick.com