```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
HO MYUNG MOOLSAN CO.,              :
LTD. et al.,
                                   :
                Plaintiffs,            07 Civ. 7483 (RJH)(HBP)
                                   :
     -against-                         ORDER
                                   :
MANITOU MINERAL WATER,
INC., et al.,                      :

                Defendants.        :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on June 26, 2008 during which several discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. With respect to the documents on the CD produced by plaintiffs that could not be opened, defendants' counsel is directed to contact his client forthwith to determine if the client is able to print out and produce paper copies of the documents. Defendants counsel is to advise plaintiff's counsel of the results of the foregoing inquiry no later than July 3, 2008.

    2. Defendant is to produce the invoice for the water shipped to H-Mart no later than July 3, 2008.

3. With respect to the dispute concerning plaintiffs' document production, defendants' counsel agreed to execute a protective order that provides, among other things, that documents reflecting or identifying plaintiffs' sales agents and customers would be received by defendants' counsel on an "eyes of counsel only" basis.

Dated:  New York, New York
        June 30, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Kim E. Sparano, Esq.
Kimm Law Firm
41 Bancker Street
Englewood, New Jersey  07631

Andrew A. Kimler, Esq.
Capell Vishnick, LLP
Suite 1E9
3000 Marcus Avenue
Lake Success, New York  11042