UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ.
KIMM LAW FIRM
41 BANCKER STREET
ENGLEWOOD, NEW JERSEY 07631
TEL: 201-569-2880
FAX: 201-569-2881
*Attorney for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-07

| | |
|---|---|
| HO MYUNG MOOLSAN CO., LTD., and HYUN-SONG KANG, <br><br>Plaintiffs,<br><br>v.<br><br>MANITOU MINERAL WATER, INC., RAPHAEL DRUG AND HEALTH CO. O-YOON KWON; NAM-IN JHON, HANMI HOME SHOPPING COMPANY, NEW JERSEY FLEA MARKET NEWS, NEW YORK FLEA MARKET NEWS, a/k/a WWW.FINDALLUSA.COM, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, and ABC COMPANIES 1 THROUGH 100,<br><br>Defendants. | SDNY 07 CV 7483<br><br><br><br><br><br><br><br>**Order to Extend Discovery Deadlines** |

THIS MATTER CAME TO BE CONSIDERED on joint application of plaintiffs Ho Myung Moolsan Co., Ltd., and Hyun Song Kang, and defendants Manitou Mineral Water, Inc., et al., seeking an Order to:

(1) extend the deadline for factual discovery; and

(2) extend the deadline for expert discovery;

1

and IT IS NOW, THEREFORE ORDERED that:

(1) Fact discovery will be completed by October 20, 2008; and

(2) Expert discovery will be completed by November 20, 2008; and it is further

ORDERED that a copy of this Order will be served on defendants' counsel within five days of receipt of same.

Dated: July 25, 2008
New York, New York

*No further extension except for good cause shown by affidavit.*

SO ORDERED.

_____
Hon. Henry Pitman
United States Magistrate Judge

2