USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

HO MYUNG MOOLSAN CO.,
LTD. et al.,

           Plaintiffs,      07 Civ. 7483 (RJH)(HBP)

  -against-                  ORDER

MANITOU MINERAL WATER,
INC., et al.,

           Defendants.
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A tape-recorded conference having been held on this date during which various discovery matters were discussed, for the reasons stated on the tape recording of the call, it is hereby ORDERED that:

       1.  Defendants' application to quash plaintiffs' subpoena to Premier Bank is granted in all respects.

       2.  Defendants' application to quash plaintiffs' subpoena to H-Mart is granted in part and denied in part. The subpoena is quashed to the extent that it seeks documents dated after May 30, 2008; the subpoena is not quashed to the extent that it seeks documents dated prior to May 30, 2008.

3.  Plaintiffs' application for sanctions based on the responses given by O-Yoon Kwon at his deposition is denied in all respects.

Dated:  New York, New York
        September 5, 2008

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Kim E. Sparano, Esq.
Kimm Law Firm
41 Bancker Street
Englewood, New Jersey  07631

Andrew A. Kimler, Esq.
Michael Stacchini, Esq.
Capell Vishnick, LLP
Suite 1E9
3000 Marcus Avenue
Lake Success, New York  11042